

Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street | New York, NY 10019-6131 | tel 212.858.1000 | fax 212.858.1500

James M. Catterson
tel: +1.212.858.1048
james.catterson@pillsburylaw.com

February 10, 2025

<u>*Via ACMS*</u>
Catherine O'Hagan Wolfe, Esq.
Clerk of the Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

  Re**:** *Brinkmann v. Town of Southold, New York*
    Case No. 24-2763

Dear Ms. Wolfe:

  We write on behalf of Appellee Town of Southold, New York (hereinafter referred to as the "Town") to notify the Clerk of the Court of the deadline requested for Appellee's brief pursuant to Local Rule 31.2(a)(1)(B).

  Appellants Hank and Ben Brinkmann filed their opening brief on January 29, 2025. Pursuant to Local Rule 31.2(a)(1)(B), the Town requests a deadline of April 29, 2025, to file its brief in opposition.

           Respectfully submitted,

           By: _____
             James M. Catterson
             Brianna Walsh
             Danielle M. Stefanucci
             PILLSBURY WINTHROP
             SHAW PITTMAN LLP
             *Attorneys for Appellee*